Harley E. Shride, Appellant, v. Estate of William P. Abraham, Appellee.

(Not to be reported in full.)

Appeal from the Circuit Court of Shelby county; the Hon. THOMAS M. JETT, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed April 16, 1917.

## Statement of the Case.

Claim by Harley E. Shride, claimant, against the estate of William P. Abraham, deceased, defendant, for a one-fourth part of certain chattel property belonging to claimant's mother and alleged to have been appropriated by the decedent and never accounted for by him as executor of her estate. From a decree on appeal from the Probate Court disallowing the claim, claimant appeals.

CHAFEE, CHEW & BAKER, for appellant.

WHITAKER, WARD & PUGH, for appellee.

MR. JUSTICE ELDREDGE delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

## Abstract of the Decision.

HUSBAND AND WIFE, § 69*—*when gift by wife to husband of personalty inferred.* Where a wife mingled her separate personal property with that of her husband and the two used and disposed of the combined properties in common, and she by her will disposed only of certain cash on hand belonging solely to herself, no part of which represented the value of the proceeds of any of such personal property in their common use and disposal, *held* that the husband did not hold such separate personal property of his wife's which had been mingled with his own and so used and disposed of by them in common in trust for her, but that a gift from her to him of same would be inferred in the absence of a contrary agreement.